IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Federal Deposit Insurance Corporation, | ) | |
| as Receiver for Hillcrest Bank, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number |
| v. | ) | 1:10-CV-3666-TCB |
| | ) | |
| Bryan Cave LLP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT BRYAN CAVE LLP'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

On November 9, 2010, Plaintiff filed a Complaint [dkt. 1] and a Motion for Temporary Restraining Order and Preliminary Injunction [dkt. 2]. Plaintiff and Defendant reached an agreement to resolve the Motion without further burdening the Court, and that agreement is embodied in the Consent Order entered by the Court on November 10, 2010 [dkt. 8]. As of the date of this filing, Defendant has satisfied and completed all of the obligations set forth in the Consent Order. The Consent Order provides all of the relief that Plaintiff sought in its Motion and therefore renders the Motion moot. In an abundance of caution, however, because the Motion is still pending on the Court's docket, Defendant files this response in opposition to the Motion and reserves its right to supplement this brief to address the merits of the Motion, in the event that it becomes necessary.

2

Respectfully submitted, this 23rd day of November, 2010.

**TROUTMAN SANDERS LLP**

/s/ Daniel S. Reinhardt
Daniel S. Reinhardt (GA Bar No. 600350)
daniel.reinhardt@troutmansanders.com
Jaime L. Theriot (GA Bar No. 497652)
jaime.theriot@troutmansanders.com

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA  30308-2216
(404) 885-3000 (phone)
(404) 885-3900 (fax)

*Attorneys for Defendant Bryan Cave LLP*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Defendant Bryan Cave LLP's Response in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction** was electronically filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of such filing to all counsel of record.

This 23rd day of November, 2010.

/s/ Daniel S. Reinhardt
Daniel S. Reinhardt (GA Bar No. 600350)