IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Hillcrest Bank,

        Plaintiff,

v.

BRYAN CAVE LLP,

        Defendant.

Civil Action No.
1:10-cv-03666-TCB

## NOTICE OF DEPOSITIONS

**PLEASE TAKE NOTICE** that Plaintiff Federal Deposit Insurance

Corporation, as Receiver for Hillcrest Bank, will take the depositions of the

individuals listed below, upon oral examination, recorded by stenographic means,

before an officer authorized by law to administer oaths.  The depositions will take

place at the law office of Schiff Hardin LLP, One Atlantic Center, Suite 2300,

1201 West Peachtree Street, NW, Atlanta, GA  30309.  The depositions will

commence on the following dates, at the following times, and will continue from

day to day until completed, subject to such adjournment as may be agreed upon by

the parties:

| | | |
|---|---|---|
| W. Bard Brockman | August 31, 2011 | 9:00 a.m. |
| Jeannie B. Osborne | September 1, 2011 | 9:00 a.m. |
| Ken M. Achenbach | September 2, 2011 | 9:00 a.m. |
| Fred L. Sgroi | September 2, 2011 | 2:00 p.m. |

Dated:  July 22, 2011

SCHIFF HARDIN LLP

By:   /s/ *Linda K. Stevens*

| | |
|---|---|
| Michael K. Wolensky | Antony S. Burt |
| Georgia Bar No. 773255 | (*Appearing pro hac vice*) |
| mwolensky@schiffhardin.com | aburt@schiffhardin.com |
| Ethan H. Cohen | Linda K. Stevens |
| Georgia Bar No. 173745 | (*Appearing pro hac vice*) |
| ecohen@schiffhardin.com | lstevens@schiffhardin.com |
| One Atlantic Center, Suite 2300 | 233 S. Wacker Drive |
| 1201 West Peachtree Street | Chicago, Illinois  60606 |
| Atlanta, Georgia 30309 | Telephone:  (312) 258-5500 |
| Telephone:  (404) 437-7000 | Facsimile:   (312) 258-5600 |
| Facsimile:  (404) 437-7100 | |

*Attorneys for Plaintiff FDIC-Receiver*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Hillcrest Bank,

       Plaintiff,

v.

BRYAN CAVE LLP,

       Defendant.

Civil Action No.
1:10-cv-03666-TCB

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing

**NOTICE OF DEPOSITIONS** with the Clerk of Court by using the CM/ECF

system which will automatically provide email notification of such filing to

counsel of record registered with the Court for electronic filing.

Dated:  July 22, 2011.

                                */s/ Linda K. Stevens*
                               Linda K. Stevens