UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Hillcrest Bank,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN CAVE LLP,<br><br>Defendant. | Civil Action Number<br>1:10-CV-3666-TCB |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties hereby stipulate and agree to the following:

Plaintiff Federal Deposit Insurance Corporation, as Receiver for Hillcrest Bank, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismisses its action against Bryan Cave LLP with prejudice. Each party is to bear its own attorneys' fees and costs.

No other claims or parties remain in this action; accordingly, it is requested that this matter be closed.

(signatures on following page)

Respectfully submitted, this 18th day of August, 2011.

SCHIFF HARDIN LLP

*/s/ Michael K. Wolensky*

Michael K. Wolensky
Georgia Bar No. 773255
mwolensky@schiffhardin.com
Ethan H. Cohen
Georgia Bar No. 173745
ecohen@schiffhardin.com

1201 West Peachtree Street
Suite 2300
Atlanta, Georgia 30309
Telephone: (404) 437-7000
Facsimile: (404) 437-7100

Antony S. Burt (admitted *pro hac vice*)
aburt@schiffhardin.com
Linda K. Stevens (admitted *pro hac vice*)
lstevens@schiffhardin.com

233 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

*Attorneys for Plaintiff*

TROUTMAN SANDERS LLP

*/s/ Daniel S. Reinhardt*

Daniel S. Reinhardt (GA Bar No. 600350)
daniel.reinhardt@troutmansanders.com
Jaime L. Theriot (GA Bar No. 497652)
jaime.theriot@troutmansanders.com

5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 885-3000
Facsimile: (404) 885-3900

WILLIAMS & CONNOLLY LLP

John K. Villa (admitted *pro hac vice*)
jvilla@wc.com
Craig D. Singer (admitted *pro hac vice*)
csinger@wc.com
Colette T. Connor (admitted *pro hac vice*)
cconnor@wc.com

725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Attorneys for Defendant*